# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>19-cr-20535-AHS(s)</u>

UNITED STATES OF AMERICA

vs.

**ASHTON GARY LEWINSON,**
    **a/k/a "Ace,"**

    **Defendant.**

_____/

### <u>FACTUAL PROFFER</u>

Defendant, ASHTON GARY LEWINSON, a/k/a "Ace," his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt:

From on or about May 13, 2019, through on or about June 7, 2019, LEWINSON did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, and maintain by any means a person, that is, MINOR VICTIM, knowing that MINOR VICTIM had not attained the age of 18 years and would be caused to engage in a commercial sex act in Miami-Dade and Broward Counties, Florida.

LEWINSON's offense conduct involved prostituting a 13 year old minor female ("MINOR VICTIM"). From on or about May 13, 2019, to June 7, 2019, Jeremiah Horenstein, Racquel Lavette Bijou, and LEWINSON took MINOR VICTIM to engage in at least 100 commercial sex acts at "out-calls" and hotels. LEWINSON knew MINOR VICTIM was under 18 years of age or he had a reasonable opportunity to observe MINOR VICTIM, who looks younger than 18 years of age.

### I.   Commercial Sex Acts with Horenstein, Bijou, and LEWINSON

On or about May 13, 2019, BIJOU met MINOR VICTIM at a mutual friend's home. BIJOU asked if MINOR VICTIM wanted to make money and told her to call when she was ready to do so. BIJOU explained that the way that MINOR VICTIM would be making money was for MINOR VICTIM to engage in sex in exchange for money. Sometime later, MINOR VICTIM called BIJOU.

MINOR VICTIM told HORENSTEIN, BIJOU, and LEWINSON that she was 17 years old, and BIJOU told MINOR VICTIM to tell everyone that she was 21. HORENSTEIN told MINOR VICTIM that since MINOR VICTIM would be turning 18 soon, "the charge wouldn't be that heavy." MINOR VICTIM stated that LEWINSON told MINOR VICTIM that he "did fraud," so MINOR VICTIM asked him if he could get her two fake IDs because she suspected that she had a warrant for her arrest as a runaway juvenile and could not get one herself. She asked LEWINSON for one ID stating that she was 17 and the other stating that she was 21. LEWINSON said that he would check with his contacts, but LEWINSON was never able to produce a fake ID for MINOR VICTIM.

BIJOU told MINOR VICTIM that they would split the money and instructed MINOR VICTIM to make the "dates" feel very comfortable. MINOR VICTIM was supposed to start rubbing the dates to make sure they were not wearing a wire and ask "where are the roses," in reference to the money. MINOR VICTIM was then supposed to take the money and put it in the hotel room safe.

BIJOU told MINOR VICTIM to text BIJOU with the word, "in" with the amount of money collected from each date and then "out" when the date left. A review of MINOR VICTIM's phone shows that MINOR VICTIM texted BIJOU as instructed.

BIJOU told MINOR VICTIM to take pictures of herself so that she could send them to potential clients. BIJOU also told MINOR VICTIM they needed to be selfies so that they looked real. MINOR VICTIM sent the photos she took to both BIJOU and HORENSTEIN.

A review of MINOR VICTIM's phone shows that on June 5, 2019, at 1:04:36 p.m., MINOR VICTIM sent 8 selfie photographs to HORENSTEIN at phone number 772-672-9559 (HORENSTEIN-9559). HORENSTEIN admitted that HORENSTEIN-9559 was his number. The photographs included pictures of MINOR VICTIM's chest with her nipple exposed, close ups of her buttocks wearing only panties, and her genital area wearing only panties. These pictures can be found on numerous online ads. For example, these pictures can be found on ads on www.listcrawler.com dated June 2, 3, and 4 and on www.megapersonals.com dated June 2, 4, and 5. The advertisements listed phone numbers that were controlled by either BIJOU or HORENSTEIN, and either BIJOU or HORENSTEIN would communicate with the clients who responded to the advertisements.

Upon receiving the money from these sex acts, MINOR VICTIM would transfer the money to BIJOU, who would give the money to HORENSTEIN, and HORENSTEIN would pay LEWINSON a portion of the money. LEWINSON was always present while MINOR VICTIM was with a date. Should any of the dates get violent with MINOR VICTIM, LEWINSON was supposed to assist MINOR VICTIM. On at least one instance, on May 29, 2019, at 9:04:38 p.m., BIJOU texted MINOR VICTIM, "Why he left," and MINOR VICTIM explained, "He heard ace I think." In another message, on May 31, 2019, at 2:34:34 a.m., BIJOU texted MINOR VICTIM, "Pass the bread to ace," which was an instruction to give LEWINSON the money.

Either HORENSTEIN, BIJOU, or LEWINSON would provide condoms for MINOR VICTIM. For example, on June 4, 2019, at approximately 10:18:04 p.m, BIJOU texted MINOR VICTIM, "Ok going to buy condoms."

Additionally, MINOR VICTIM stated that LEWINSON would provide marijuana for MINOR VICTIM to smoke. During a post-*Miranda* interview, BIJOU stated that HORENSTEIN would provide her (BIJOU) marijuana to smoke. Additionally, HORENSTEIN, BIJOU, and LEWINSON offered "packages" for their working girls that included marijuana. When BIJOU was arrested, she was in possession of a binder that outlined "packages." The "Care Package," which was based on a 60/40 split, included "smoking/drinking habits" provided to the working girl.

MINOR VICTIM further stated that LEWINSON and BIJOU would also provide cocaine, though she did not do cocaine frequently. MINOR VICTIM also stated that some of the "Johns" would provide cocaine and/or marijuana.

HORENSTEIN, BIJOU, and LEWINSON took MINOR VICTIM to engage in commercial sex acts at out-calls and hotels.

### a. <u>Out-Calls</u>

HORENSTEIN, BIJOU, and LEWINSON took MINOR VICTIM to approximately 25 outcalls between May 29, 2019, and June 5, 2019. The group went to the out-calls in a white Mercedes Benz. Either HORENSTEIN or LEWINSON would drive. Prior to the MINOR VICTIM meeting with the date, BIJOU would state how long the dates would be and what they would be for (e.g. "head," "quick visit," half hour, hour, etc.). MINOR VICTIM stated that one-hour dates did not happen frequently, and when they did, MINOR VICTIM and the date would engage in sex, smoke, and then "hang out."

4

**b.  Hotels**

HORENSTEIN, BIJOU, and LEWINSON took MINOR VICTIM to prostitution dates at Hotel 1, Hotel 2, and Hotel 3, all in Miami, Florida. Each of these locations is discussed below.

### i.  Hotel 1: May 29 – 30, 2019

MINOR VICTIM stated that BIJOU sent an Uber for her and brought her to Hotel 1 in North Miami where HORENSTEIN, BIJOU, and LEWINSON were all waiting for her in a hotel room. A review of HORENSTEIN's Uber account shows that on May 29, 2019, there was an Uber ride from a location in Miami shores to Hotel 1, located on Biscayne Boulevard, North Miami, Florida.

MINOR VICTIM stated that she was instructed at Hotel 1 to go down to the lobby to meet the dates and bring them back up to the room. HORENSTEIN, BIJOU, and LEWINSON would either be at work or in the room on the balcony while MINOR VICTIM was engaging sexual conduct with the date.

Records from Hotel 1 show that a "Jeremiah HORENSTEIN" checked in on May 29, 2019, checked out on May 30, 2019, and then again checked in on May 30, 2019, and checked out on May 31, 2019.

Law enforcement found advertisements of MINOR VICTIM on listcrawler.com for the dates of May 29, May 30, and May 31, with the location of "Biscayne" and "Biscayne Blvd." Many of these are advertisements were associated with a telephone number controlled by Horenstein and/or Bijou.

MINOR VICTIM's phone also showed a connection to the wifi network with the name of the hotel, "Best Western North Miami_Guest" on May 30 and 31, 2019.

### ii.  Hotel 2: May 31 – June 1, 2019

Records received from Hotel 2 near the Miami Airport show that on May 31, 2019, HORENSTEIN checked in using a credit card in HORENSTEIN's name and HORENSTEIN-9559, among other identifiers.

Video surveillance from the check in show HORENSTEIN and BIJOU checked in with the front desk at 1:30 p.m. After completing check in, HORENSTEIN and BIJOU walked out of the hotel and into the parking lot. At approximately 1:36 p.m., the security footage over the front desk shows HORENSTEIN and BIJOU walking back into the hotel, this time with MINOR VICTIM, walking past the front desk and towards the elevators. At approximately 1:40 p.m., LEWINSON is captured in the surveillance footage walking past the front desk in the same direction as HORENSTEIN, BIJOU, and MINOR VICTIM. LEWINSON was followed by two additional females, who were girls who were also there to have sex with dates.

Law enforcement also discovered an advertisement of MINOR VICTIM on listcrawler.com for June 1, with the location of "MIA Airport, [Hotel 2], Hialeah." Additionally, a review of MINOR VICTIM's phone showed a connection to wifi networks associated with Hotel 2.

### iii.  Hotel 3: June 1-5, 2019

Records from Hotel 3, located on Biscayne Blvd., Miami Shores, show that a "Jeremiah HORENSTEIN" checked in on June 1, 2019, and checked out on June 2, 2019, and checked back in on June 2, 2019, and checked back out on June 3, 2019. HORENSTEIN provided the address and driver's license number listed on his records with Florida's Driver and Vehicle Information Database. HORENSTEIN paid cash for both of the nights.

Law enforcement found several online advertisements soliciting MINOR VICTIM for commercial sex acts at Hotel 3. These advertisements were controlled by Horenstein and/or Bijou. MINOR VICTIM's phone also shows that she connected to Hotel 3's wifi.

While at Hotel 3, HORENSTEIN and BIJOU got into a physical fight. MINOR VICTIM stated that HORENSTEIN hit BIJOU in the face. After the fight, BIJOU called an Uber to take them to Souprina BLANC, who was staying at an efficiency-type of Airbnb in Miami.

Ultimately, law enforcement recovered MINOR VICTIM on June 11, 2019, at an Airbnb in Miami, Florida. Law enforcement responded to the address in an undercover capacity after responding to a prostitution ad for MINOR VICTIM. Upon arriving, MINOR VICTIM was observed exiting the front of the residence. Inside the residence, BLANC was found performing oral sex on a male in the living room, and another female was found having sex with a male in another room.

On August 15, 2019, Horenstein and Bijou were arrested. In HORENSTEIN's phone, law enforcement found a group chat with LEWINSON, BIJOU, HORENSTEIN, and a female believed to be 18-years old. The conversation goes on from June 8-10, 2019. The chats are all about teaching and instructing the female how to engage the prostitution dates and to communicate to the group when a date is in and out of the room, which was very similar to what MINOR VICTIM was told to do (i.e., text "in," "out," and the amount of money).

LEWINSON actively participated in this group chat. For example, on June 9, 2019, at 1:33:56 p.m., LEWINSON texted "U forgot to txt out." On June 9, 2019, at 6:02:23 p.m., the female texted, "I need towel and rag for a shower." At approximately 6:03:13 p.m., LEWINSON responded, "On top of the tv." At 6:37:07 p.m., LEWINSON texted, "Too damn long." At 6:37:10 p.m., BIJOU responded "Yea." At 6:37:31 p.m., HORENSTEIN sent a text directly to

7

LEWINSON (outside the group chat) that said, "Ace shut up it been exactly fifteen minutes." By 6:38:26 p.m., the female texted the group, "Out." At 10:3:44 p.m., LEWINSON texted the group, "How much"? At 10:37:56 p.m., the female replied, "80." At 11:04:50 p.m., LEWINSON texted the group, "We comeing up."

On November 19, 2019, LEWINSON was arrested. In an audio and video recorded interview he waived his Miranda rights verbally and in writing. LEWINSON stated that he knew that MINOR VICTIM was young. LEWINSON said that HORENSTEIN said that BIJOU represented MINOR VICTIM to be 17 years old. LEWINSON said that MINOR VICTIM looked like a runaway. LEWINSON said that he looked her up on a website called www.beenverified.com to find out her age, but he could not find her.

LEWINSON admitted that his role was to drive girls to HORENSTEIN and that HORENSTEIN paid him gas money. LEWINSON admitted to being present while MINOR VICTIM was engaged in sex with dates at hotels and to transporting MINOR VICTIM to outcalls. LEWINSON explained that sometimes he would go in and out on the balcony or stay in another room during the sex act. LEWINSON further admitted that HORENSTEIN asked him to be security. Although LEWINSON did not admit to accepting that role, he admitted to always being close by when MINOR VICTIM was engaging in commercial sex acts. LEWINSON also identified himself from the surveillance video at Hotel 2, and he said that the two girls following him were prostitutes that he was transporting to HORENSTEIN.

With regard to the incident involving the two brothers at Hotel 1, LEWINSON acknowledged that there were two brothers that went to engage in commercial sex acts with MINOR VICTIM, but he said that he said he went downstairs and that HORENSTEIN is the one who talked with the brothers. LEWINSON admitted to receiving money from HORENSTEIN for

his role, but he claimed that it was no more than $150. He also admitted to obtaining condoms which were provided to MINOR VICTIM.

Regarding outcalls, he admitted to driving MINOR VICTIM to do outcalls. He admitted that he knew that MINOR VICTIM was engaging in commercial sex acts, which he called "plays."

LEWINSON gave consent to search two phones and a laptop. LEWINSON claimed that HORENSTEIN and BIJOU used the laptop to post ads. A review of the laptop shows that after August 15, 2019, when HORENSTEIN and BIJOU were arrested and at FDC Miami, the user of the laptop went to the same websites that were used to post ads for MINOR VICTIM. It also shows that there were pictures of females that were found in prostitution ads. It is unclear whether these are pictures of adults or minors because they do not depict the faces very well. Law enforcement also discovered web history of LEWINSON visiting beenverified.com, which was the website he said he went to when he was searching the MINOR VICTIM's background.

Additionally, on the laptop, law enforcement discovered files created under the "notepad" program that listed approximately 111 names of individuals, which further listed, for each name, a combination of one or more of the following personal identifying information: dates of birth, social security numbers, addresses, and email addresses. Law enforcement further found a history of visiting websites associated with obtaining personal identifying information. For example, one website is called "www.c2bit.me," which is a website that sells credit card information. Law enforcement further found a history of searching to validate credit card numbers.

A review of LEWINSON's iPhone shows that LEWINSON used his Instagram account, "acebuddah," to recruit other women for prostitution and often recruited them in the context of joining a "team." For example, on June 4, 2019, at 1:25:28 a.m., LEWINSON messaged an unknown female ("UF-1"), "You familiar with escort business"? UF-1 replied, "A lil fill me in."

LEWINSON responded, "Whats your number." On June 4, 2019, at 12:36:31 a.m., LEWINSON messaged an unknown female (UF-2"), "Nigga just coolin. Tryna get me a bread winner i see you on yo shit i was wondering if you work with anybody," and again at 12:36:58 a.m., "Follow my team page @bigdaddyjay304." LEWINSON further stated at 12:39:17 a.m., "Ima Hustler babygirl my bro really run this but we all a team u need a team we all got different hustles that we can invest in each other." UF-2 responded, "Thanks but I'm not with all that. I'm INDEPENDENT." LEWINSON responded, "I respect that a TEAM is more than 1 and will always win when u by your self time and consistency is hard to keep up with If u could follow my page you will see in due."

The use of the internet, hotels, Airbnbs, and cellphones described above affects interstate and foreign commerce

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: _2/14/2c_    By: _____

DANIEL CERVANTES
ASSISTANT UNITED STATES ATTORNEY

Date: _2/14/20_    By: _Ashton Lewinson_

ASHTON GARY LEWINSON
DEFENDANT

Date: _2/14/20_    By: _____

SCOTT B. SAUL
ATTORNEY FOR DEFENDANT